**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**HARIS QURESHI,**
　　　Petitioner,

　　　v.　　　　　　　　　　　　　　　　　　　Civil No. **3:26CV594 (RCY)**

**JEFFREY CRAWFORD,** *et al.*,
　　　Respondents.

**ORDER**

This matter is before the Court on a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("§ 2241 Petition," ECF No. 1). In accordance with the accompanying Memorandum Opinion, the Court GRANTS the § 2241 Petition and ORDERS that:

1. Respondents SHALL provide a copy of this Memorandum Order to Petitioner.

2. Respondents SHALL provide Petitioner with a bond hearing in front of an Immigration Judge pursuant to 8 U.S.C. § 1226(a). The Immigration Court shall provide Petitioner with the opportunity for a bond hearing before any hearing on the merits of his removal, and no later than seven (7) days from the date of entry of this Order.

3. Respondents are ENJOINED from denying bond to Petitioner on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2).

4. Respondents are ORDERED to file a status report with this Court within three (3) days after Petitioner's bond hearing and before any hearing on the merits, stating whether Petitioner has been granted bond, and, if his request for bond was denied, the reason for that denial.

5. In the event that Petitioner is released on bond, Respondents are ENJOINED from rearresting Petitioner, unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing or is subject to detention pursuant to a final order of removal.

6. Should Petitioner be released on bond, Respondents are FURTHER ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2).[4]

---

[4] Courts in this District have found that "the automatic stay provision imposed in immigration cases constitutes an unequivocal violation of due process." *Hasan v. Crawford*, 800 F. Supp. 3d 641, 661 (E.D. Va. 2025).

7. Unless a party seeks additional relief within seven (7) days from the filing of the post-bond-hearing status report, the Court will order that this case be CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to Petitioner and Respondents.

It is so ORDERED.

/s/ _____

Roderick C. Young
United States District Judge

Date: July 20, 2026
Richmond, Virginia